# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Christine Isaac ) | CASE NO. 1:06CV1591 |
| Plaintiff(s), ) | |
| v. ) | |
| Riser Foods Company d/b/a etc., ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has entered its Opinion and Order granting Defendant's Motion for Summary Judgment in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

     s/Christopher A. Boyko
     HONORABLE CHRISTOPHER A. BOYKO
     UNITED STATES DISTRICT JUDGE

April 29, 2008